No. 606. PANHANDLE EASTERN PIPE LINE CO. *v.* MICHIGAN CONSOLIDATED GAS CO. C. A. 6th Cir. Certiorari denied. *William E. Miller* for petitioner. *Clifton G. Dyer* for respondent.

No. 620. DELAWARE & HUDSON CO. *v.* NEW YORK, NEW HAVEN & HARTFORD RAILROAD CO. ET AL. C. A. 2d Cir. Certiorari denied. *Frederick H. Wiggin* for petitioner. *William T. Griffin* and *Herbert Burstein* for the New York, New Haven & Hartford Railroad Co., and *Edward K. Hanlon* for the Connecticut Railway & Lighting Co., respondents.

No. 629. BLACKBURN *v.* FLORIDA. Supreme Court of Florida. Certiorari denied. *Crampton Harris, Pat Whitaker* and *Tom Whitaker* for petitioner.

No. 633. SEARS, ROEBUCK & CO. *v.* RY-LOCK CO., LTD. C. A. 9th Cir. Certiorari denied. *Frank E. Liverance, Jr.* for petitioner.

No. 637. MYERS *v.* HOLLISTER, DIRECTOR, INTERNATIONAL COOPERATION ADMINISTRATION, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Charles F. O'Neall* and *Francis C. Brooke* for petitioner. *Solicitor General Soblelof, Assistant Attorney General Burger* and *Melvin Richter* for respondents. *Ralph B. Gregg* filed a brief for the American Legion, as *amicus curiae,* urging that the petition be granted.

No. 638. AVCO MANUFACTURING CORP. ET AL. *v.* HAZELTINE RESEARCH, INC. C. A. 7th Cir. Certiorari denied. *Floyd H. Crews, Charles M. Hogan* and *Morris Relson* for

988

petitioners. *Laurence B. Dodds, Miles D. Pillars, Philip F. LaFollette, Leonard A. Watson* and *M. Hudson Rathburn* for respondent.

No. 640. DeBusk *v.* United States. Court of Claims. Certiorari denied. *Charles C. Crenshaw, Sr.* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Melvin Richter* for the United States.

No. 642. Students Book Co. *v.* Washington Law Book Co. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Nathan L. Silberberg* for petitioner. *William E. Leahy* and *Wm. J. Hughes, Jr.* for respondent.

No. 644. Sylvania Electric Products, Inc. *v.* Barker, Executrix. C. A. 1st Cir. Certiorari denied. *Thomas H. Mahony* for petitioner. *Robert D. Neely* for respondent.

No. 645. Lambert *v.* United States. C. A. 5th Cir. Certiorari denied. *Fred Botts* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 646. Terrasi *v.* South Atlantic Lines, Inc. C. A. 2d Cir. Certiorari denied. *Harry D. Graham* for petitioner. *Louis J. Gusmano* for respondent.

No. 649. Songy et al. *v.* Godchaux Sugars, Inc. Twenty-Ninth Judicial District Court of Louisiana, Parish of St. John the Baptist. Certiorari denied.